UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHEILA PRATT, ) | |
| Plaintiff, ) | |
| ) | No. 1:10-cv-438 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |
| ) | |

## **JUDGMENT**

Having affirmed the Commissioner's decision, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Commissioner and against Plaintiff Sheila Pratt.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date: November 19, 2012         /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge