UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHEILA PRATT,           )<br>          Plaintiff,      )<br>                                  )<br>-v-                              )<br>                                  )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>          Defendant.   )<br>_____) | No. 1:10-cv-438<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having affirmed the Commissioner's decision, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Commissioner and against Plaintiff Sheila Pratt.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  November 19, 2012                       /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge